1  LEVY VINICK BURRELL HYAMS LLP
   SHARON R. VINICK (State Bar No. 129914)
2  E-mail:  sharon@levyvinick.com
   DARCI BURREL (State Bar No. 180467)
3  E-mail: darci@levyvinick.com
   180 Grand Avenue, Suite 1300
4  Oakland, California  94612
   Tel:    510.318.7700
5  Fax:   510.318.7701

6  Attorneys for Plaintiffs
   MICHAEL HUMMEL and BRIAN BOTELHO,
7  on behalf of themselves, and others similarly situated.

8
   (*Counsel Continued on Next Page*)
9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | MICHAEL HUMMEL and BRIAN BOTELHO, on behalf of themselves, and all others similarly situated, | Case No. 3:14-cv-03683 |
|----|---|---|
| 14 | | **JOINT STIPULATION REQUESTING A STAY OF DISCOVERY AND ALL OTHER PROCEEDINGS PENDING FINAL APPROVAL OF CLASS SETTLEMENT IN <u>SMITH V. BIMBO BAKERIES, USA, INC.</u>** |
| 15 | Plaintiffs, | |
| 16 | vs. | |
| 17 | BIMBO BAKERIES USA, INC., a California Limited Partnership and DOES 1 through 20, inclusive, | |
| 18 | | |
| 19 | Defendants. | |

| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | KATHERINE H. DICK, State Bar No. 273688 |
| 2 | E-mail: kdick@morganlewis.com |
| | One Market, Spear Tower |
| 3 | San Francisco, CA  94105 |
| | Tel:  415.442.1000 |
| 4 | Fax:  415.442.1001 |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| | MICHAEL J. PUMA (ADMITTED *PRO HAC VICE*) |
| 6 | E-mail:  mpuma@morganlewis.com |
| | 1701 Market Street |
| 7 | Philadelphia, PA 19103 |
| | Tel: 215.963.5000 |
| 8 | Fax: 215.963.5001 |
| | Attorneys for Defendant |
| 9 | BIMBO BAKERIES USA, INC. |
| 10 | Attorneys for Defendants |
| | BIMBO BAKERIES USA, INC. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION REQUESTING A STAY OF
DISCOVERY AND ALL OTHER PROCEEDINGS
CASE NO. 3:14-CV-03683

Plaintiffs Michael Hummel and Brian Botelho ("Plaintiffs") and Defendant Bimbo Bakeries USA, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby file this Joint Stipulation Requesting A Stay of Discovery and All Other Proceedings Pending Final Approval of Class Settlement in <u>Smith v. Bimbo Bakeries, USA, Inc.</u> and state as follows:

1. WHEREAS, Plaintiffs in this case seek to represent a putative class of all current and former Relief Drivers in the state of California and assert several causes of action against Defendant, including: (1) failure to pay the minimum wage for all hours worked; (2) failure to pay all wages earned in a timely manner; (3) failure to pay wages due upon discharge, layoff or resignation (waiting time penalties); (4) failure to provide timely accurate itemized wage statements; (5) failure to provide and/or authorize meal and rest periods/unpaid wages; (6) violation of the Fair Labor Standards Act; (7) unfair business practices and for civil penalties pursuant to the Private Attorneys General Act of 2004, Labor Code Section 2698, *et seq.* ECF No. 1, Ex. A., Complaint, ¶¶ 39-108.

2. WHEREAS, on September 5, 2014, in a separate litigation in the Central District of California, Plaintiffs Tyrone Smith, Greg Villanueva, and John Caudill, individually and on behalf of a conditionally certified Fair Labor Standards Act collective action members and putative Rule 23 class members, moved for preliminary approval of a class-wide settlement in an action against Defendant captioned *Tyrone Smith, et al. v. Bimbo Bakeries USA, Inc.*, Civ. A. No. 2:12-cv-01689-CAS-PJW, pending before Judge Christina A. Snyder ("the *Smith* Action"). *See* ECF No. 119, Notice of Motion and Unopposed Motion for Settlement Approval of Preliminary Approval of Class Action Settlement ("Unopposed Motion"). Plaintiffs in the *Smith* Action seek to represent all of the same current and former Route Sales Representatives and similar employees,

including Relief Drivers, in the state of California who Plaintiffs in this case purport to represent. ECF No. 119, Unopposed Motion, pp 2-4. The *Smith* Action commenced before this Action when Plaintiffs in the *Smith* Action filed their initial Complaint on February 28, 2012. ECF No. 1, Complaint.

3.   WHEREAS, Plaintiffs in the *Smith* Action allege that Defendant did not pay minimum, regular/straight-time and overtime wages to which Plaintiffs were allegedly entitled, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, and/or the California Labor Code, did not provide meal and rest periods in violation of the California's Labor Code, failed to furnish accurate itemized wage statements, failed to pay wages timely upon separation, engaged in unfair competition in violation of California Business and Professions Code section 17200, *et seq.*, and also assert other claims under the Private Attorney General Act and the Declaratory Judgment Act. ECF No. 119, Unopposed Motion, pp. 2-4.

4.   WHEREAS, the pending settlement in the *Smith* Action may release and preclude some or all of the class claims in this Action and will also release and preclude Plaintiffs' individual claims in this Action if they do not opt-out of the *Smith* Action when they are provided the opportunity to do so through the settlement notice process in the coming months.

5.   WHEREAS, the Court in this Action issued an Initial Case Management Scheduling Order setting deadlines for the Parties to: meet and confer concerning initial disclosures, early settlement, and ADR Process selection; submit a Case Management Statement and Rule 26(f) Report; exchange Initial Disclosures; and attend a Case Management Conference. ECF No. 8.

**6.**   WHEREAS, judicial economy would be best served by vacating the dates issued in this Court's August 18, 2014 Scheduling Order [ECF No. 8] and

staying discovery and all other proceedings in this Action until the Court and the Parties to this action know whether Judge Snyder grants a Final Approval of the Class Settlement in the *Smith* Action.

## STIPULATION AND REQUEST

NOW THEREFORE, the Parties hereby stipulate and respectfully propose as follows:

1. That the Court vacate the deadlines and proceedings set forth in its August 18, 2014 Scheduling Order [ECF No. 8] and stay discovery in this Action until Final Approval of the Class Settlement is decided in the *Smith* Action.

2. That the Parties will report back to this Court within fourteen (14) days after a Final Class Settlement Approval Order is entered in the *Smith* Action to determine whether any further proceedings, including discovery, are required in this Action and, if so, to propose a new schedule

**SO REQUESTED AND STIPULATED.**

Dated: October 21, 2014                LEVY VINICK BURRELL HYAMS LLP


                                       By s/ Sharon R. Vinick
                                          SHARON R. VINICK
                                          Attorneys for Plaintiffs

Dated: October 21, 2014                MORGAN, LEWIS & BOCKIUS LLP


                                       By s/ Michael J. Puma
                                          MICHAEL J. PUMA
                                          Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____
United States Magistrate Judge
Hon. Jacqueline Scott Corley

Dated: October 21, 2014