1
2
3
4                   UNITED STATES DISTRICT COURT
5                 NORTHERN DISTRICT OF CALIFORNIA
6
7   MICHAEL HUMMEL, et al.,                 Case No.  14-cv-03683-JSC
8            Plaintiffs,
9         v.                                **SCHEDULING ORDER**
10  BIMBO BAKERIES USA, INC.,               Re: Dkt. No. 16
11           Defendant.
12
13        The Court is in receipt of the parties' joint status report (Dkt. No. 16). The schedule
14  proposed by the parties is adopted and modified as follows:
15        3/2/2015    Last day to file and serve Plaintiff's First Amended Complaint and Motion to
16                    Withdraw;
17
18        5/1/2015    Last day to file Defendant's Answer to First Amended Complaint, Federal
                      Rule 12(b)(6) Motion, and/or other response;
19
20        5/22/2015   Last day to meet and confer re: early settlement ADR process selection and
                      discovery plan;
21
22        5/29/2015   Last day to complete initial disclosures;
23
24        6/4/2015    Last day to file Joint Status Report;
25        6/11/2015   Initial Case Management Conference, at which all remaining deadlines will be
26                    determined.
27        **IT IS SO ORDERED**.
28  Dated:  February 18, 2015

United States District Court
Northern District of California

_Jacqueline Scott Corley_

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28