SHARON R. VINICK, ESQ., State Bar No. 129914
DARCI E. BURRELL, ESQ., State Bar No. 180467
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701
E-Mail: sharon@levyvinick.com
E-Mail: darci@levyvinick.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HUMMEL and BRIAN BOTELHO, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC., a California Limited Partnership and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 3:14-03683 JSC<br><br>STIPULATION TO AMEND COMPLAINT |

Plaintiffs Michael Hummel and Brian Botelho and Defendant Bimbo Bakeries, USA, Inc., by and through their attorneys of record, hereby stipulate to supplement the initial Complaint in this action to remove Mr. Botelho as a named Plaintiff and remove the class and representative claims and allegations from the suit. In so doing, Defendant reserves any and all defenses to Plaintiff's claims.

I attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

DATED: March 2, 2015

LEVY VINICK BURRELL HYAMS LLP

By: [signature]
Sharon R. Vinick
Attorneys for Plaintiff

DATED: March 2, 2015

MORGAN, LEWIS & BOCKIUS, LLP

By: /s/ Michael J. Puma
Michael J. Puma
Attorneys for Defendant

Plaintiff shall file amended complaint as a separate docket entry. Defendants shall respond to the amended complaint by March 31, 2015.

Dated: March 9, 2015

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Jacqueline Scott Corley
Judge Jacqueline Scott Corley