UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUMMEL,<br><br>          Plaintiff,<br><br>     v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>          Defendant. | Case No.  14-cv-03683-JSC<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Re: Dkt. No. 18 |

The Court has received Plaintiff's counsel Sharon Vinick and Darci Burrell of Levy Vinick Burrell Hyams, LLP Motion to Withdraw as Counsel. (Dkt. No. 18.) The Court finds that the request comports with Local Rule 11-5 as Plaintiff had notice and consents to counsel's withdrawal. Accordingly, Plaintiff's counsel's request to withdraw is GRANTED. Ms. Vinick and Ms. Burrell shall immediately advise the Court of Plaintiff's current address and the Clerk shall amend the docket to reflect this information. Plaintiff is obligated to keep the Court informed of his current address.

As Plaintiff is proceeding pro se, the Court directs his attention to the Handbook for Pro Se Litigants, which is available along with further information for the parties on the Court's website located at http://cand.uscourts.gov/proselitigants. Plaintiff may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding his claims.

The Case Management Conference is reset for **May 21, 2015, at 1:30 p.m**., in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California. The parties shall file a Joint Case Management Conference Statement by May 14, 2015.

Ms. Vinick and Ms. Burrell shall serve a copy of this Order on Plaintiff within three days

and shall file proof of service with this Court.

This Order disposes of Docket No. 18.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE