```
1  MORGAN, LEWIS & BOCKIUS LLP
   KATHERINE H. DICK, State Bar No. 273688
2  Email: kdick@morganlewis.com
   One Market, Spear Tower
3  San Francisco, CA 94105
   Tel: +1.415.442.1000
4  Fax: +1.415.442.1001

5  MORGAN, LEWIS & BOCKIUS LLP
   MICHAEL J. PUMA (ADMITTED PRO HAC VICE)
6  Email: mpuma@morganlewis.com
   1701 Market Street
7  Philadelphia, PA 19103
   Tel: +1.215.963.5000
8  Fax: +1.215.963.5001

9  Attorneys for Defendant
   BIMBO BAKERIES USA, INC.
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUMMEL,<br><br>       Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC., a California Limited Partnership and DOES 1 through 20, inclusive,<br><br>       Defendants. | Case No. 3:14-cv-03683<br><br>**DECLARATION OF JENNIFER M. KEOUGH IN SUPPORT OF DEFENDANT BIMBO BAKERIES USA, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## DECLARATION OF JENNIFER M. KEOUGH

I, Jennifer M. Keough, declare as follows:

1.   I am Chief Operating Officer for The Garden City Group, LLC. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and, if called to do so, I could and would testify competently thereto. I submit this declaration in support of Defendant Bimbo Bakeries USA, Inc. ("BBUSA")'s Motion for Partial Summary Judgment in *Hummel v. Bimbo Bakeries USA, Inc. et*

*al.*, Case No. 3:14-cv-03683, in the United States District Court for the Northern District of California.

2. GCG was engaged to provide settlement administration services for the *Tyrone Smith et al. v. Bimbo Bakeries USA, Inc. et al.*, No. 2:12-CV-01689-CAS (PJW) ("*Smith*") class and collective action settlement in the United States District Court for the Central District of California. GCG's duties included: (i) using the data and information provided by BBUSA to prepare the Claims Forms for each class member; (ii) obtaining forwarding addresses for class members using appropriate methods, including the National Change of Address database and using appropriate skip tracing; (iii) preparing, printing, and mailing the Class Notice, the Claim Form, the Change of Name and/or Address Form to Class Members, and a Reminder Postcard; (iv) creating and maintaining a website detailing the claims submission procedure; (iv) tracking non-delivered class materials and taking reasonable steps to re-send them to class members' current addresses; and (v) tracking and timely reporting to class counsel and counsel for BBUSA returned Claim Forms and written requests for exclusion from the settlement.

3. On October 17, 2014, counsel for BBUSA provided GCG with an electronic list containing the names, addresses, Social Security Numbers, phone numbers, and other pertinent information for the potential class members ("Class List"). The data was promptly loaded into a secure database created for the *Smith* action, and unique identifiers were given to all records in order to maintain the ability to track them throughout the settlement process. As the Chief Operating Officer for GCG, and as GCG served as the Settlement Administrator for the *Smith* settlement, I have access to the Class List, have reviewed the Class List, and have determined that Michael Hummel was included in this Class List.

4. According to the data provided to GCG, Mr. Hummel was hired by BBUSA in California on or about May 12, 2003 and was terminated as of January 5, 2013.

5.  Notice of the *Smith* Settlement and a Reminder Postcard was sent to Mr. Hummel at his residential address, 820 Park Row, # 560, Salinas, CA 93901. Attached as Exhibit 1 is a true and correct copy of the Notice of the *Smith* settlement sent to individuals on the Class List, including Mr. Hummel. The Notice sent to Mr. Hummel was never returned to GCG as undeliverable. Attached as Exhibit 2 is a true and correct copy of the Reminder Postcard from the *Smith* settlement sent to individuals on the Class List, including Mr. Hummel. The Reminder Postcard sent to Mr. Hummel was never returned to GCG as undeliverable.

6.  Class members who wished to exclude themselves from the *Smith* settlement were required to submit a Request for Exclusion so that it was postmarked and mailed to the Settlement Administrator no later than January 22, 2015.

7.  As of February 9, 2015, GCG received three (3) timely requests for exclusion. The three (3) valid and timely requests for exclusion received were not submitted by Mr. Hummel. GCG conducted an audit of all communications received for the *Smith* case, whether by fax or mail or by hand, and confirmed that no other exclusions were received. Additionally, GCG did not receive an objection to the *Smith* settlement from Mr. Hummel.

I declare under penalty of perjury under the laws of the United States of America and under the laws of California that the foregoing is true and correct.

Executed on April 20, 2015 in Seattle, Washington.

_____
Jennifer M. Keough

DECLARATION OF JENNIFER M. KEOUGH
Case No. 3:14-cv-03683

3