# Exhibit 2

*Smith et al. v. Bimbo Bakeries USA, Inc. et al.*
**United States District Court for the Central District of California**

**IMPORTANT REMINDER: The deadline to submit a completed Claim Form, a written objection, or a written request for exclusion from the *Smith et al. v. Bimbo Bakeries USA, Inc. et al.* Settlement is January 22, 2015. Our records indicate that you have not yet submitted your Claim Form.** To do so, you must sign and return your Claim Form to the Settlement Administrator by mail, email, fax, or through the settlement website listed below. Mailed submissions must be postmarked by **January 22, 2015**.

*Smith et al. v. Bimbo Bakeries USA, Inc. et al.*
c/o GCG
P.O. Box 35100
Seattle, WA 98124-1100
Toll-Free Number: 1(888) 404-8013
Fax: (206) 876-5201
Email: BimboBakeriesUSALitigation@gcginc.com
Website: www.gcginc.com/cases/BimboBakeriesUSA

If you have not received, have lost, or misplaced your Claim Form, please immediately contact the Settlement Administrator. Control and claim numbers for filing online can be found on the reverse side of this postcard. Any Class Member who fails to submit a timely claim by the deadline shall be bound by all terms of the Settlement and may NOT be eligible for payment. Payments are based on a formula that accounts for your Compensable Work Weeks for the period of time in which you were employed by Bimbo Bakeries USA, Inc. and/or Earthgrains Baking Companies, Inc. (Sara Lee) in the positions of "Route Sales Representative," "Route Service Representative," "Vacation Relief" or similarly titled position in California between **April 1, 2010** and **October 7, 2014**.

*Smith et al. v. Bimbo Bakeries USA, Inc. et al.*
c/o GCG
P.O. Box 35100
Seattle, WA 98124-1100

**Forwarding Service Requested**