UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUMMEL,<br><br>    Plaintiff,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>    Defendant. | Case No. 14-cv-03683-JSC<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 33 |

On April 20, 2015, Defendant filed a motion for partial summary judgment under Rule 56 of the Federal Rules of Civil Procedure. (Dkt. No. 33.) Because Plaintiff is proceeding pro se in this action, the Court issued a Notice to Plaintiff explaining how the summary judgment process works and the consequences if a summary judgment motion is granted in the Defendant's favor, in accordance with *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (Dkt. No. 36.) The Court extended the briefing schedule on the motion for partial summary judgment giving Plaintiff until May 18, 2015 to file his opposition. To date, Plaintiff has not filed an opposition or otherwise communicated with the Court. Because Plaintiff is proceeding pro se, he shall be given one final opportunity to respond to the motion—**within 14 days of the filing date of this Order, Plaintiff shall file his opposition or statement of non-opposition to the motion for partial summary judgment.** If Plaintiff fails to do so, Plaintiff's entire action will be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for a failure to prosecute. If Plaintiff does file an opposition, Defendant's reply shall be due within 14 days of service and the Court will reset the hearing date. In the interim, the hearing date of June 18, 2015 is VACATED.

Plaintiff is reminded that he may contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415)-782-8982, for free assistance regarding his claims.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge