UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUMMEL,<br><br>    Plaintiff,<br><br>    v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>    Defendant. | Case No. 14-cv-03683-JSC<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 33 |

Now pending before the Court is Defendant's motion for partial summary judgment. (Dkt. No. 33.) Following completion of the briefing on the motion, John Klopfenstein filed a notice of substitution of counsel for Plaintiff who had been proceeding pro se. (Dkt. No. 43.) Counsel also submitted a new response to Defendant's motion for partial summary judgment. (Dkt. Nos. 44 & 45.) The parties are directed to meet and confer regarding a new date for Defendant's reply brief as it is unclear whether Defendant had notice of Plaintiff's intent to file a supplemental opposition brief. On or before July 10, 2015, the parties shall file a stipulation regarding the date for any supplemental reply brief by Defendant, and if Defendant elects to file a supplemental reply, the parties shall also include a new hearing date calendared for a Thursday at least 14 days from the filing date of any reply brief.

**IT IS SO ORDERED.**

Dated: July 7, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge