UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUMMEL,<br><br>    Plaintiff,<br><br>    v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>    Defendant. | Case No. 14-cv-03683-JSC<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT**<br><br>Re: Dkt. No. 53 |

Plaintiff Michael Hummel, a former relief driver for Defendant Bimbo Bakeries USA ("Bimbo"), brought suit on behalf of himself and other similarly situated individuals alleging violation of state and federal wage and hour laws. Following final approval of a class action settlement in the Central District of California, Plaintiff dismissed his class allegations leaving his individual state law wage and hour claims and a Fair Labor Standards Act ("FLSA") overtime claim. On August 19, 2015, the parties notified the Court that they had settled this matter and sought leave to file their Joint Motion for Approval of the Settlement Agreement under seal.[1] (Dkt. No. 50.) The Court granted that motion in part (Dkt. No. 51) and the parties refiled the Joint Motion for Approval of the Settlement Agreement on the public docket on September 23, 2015. (Dkt. No. 53).

The "proper procedure for obtaining court approval of the settlement of FLSA claims is for the parties to present to the court a proposed settlement, upon which the district court may enter a stipulated judgment only after scrutinizing the settlement for fairness." *Lee v. The Timberland Co.*, C 07–2367–JF, 2008 WL 2492295, at *2 (N.D. Cal. June 19, 2008); *see also Lynn's Food*

---

[1] Both parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). (Dkt. Nos. 12 & 13.)

*Stores Inc. v. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). "Approval is warranted if the settlement is a fair and reasonable resolution of a bona fide dispute." *Duran v. Hershey Co*., No. 14-CV-01184-RS, 2015 WL 4999511, at *1 (N.D. Cal. Aug. 18, 2015) (internal citation a quotation marks omitted).

Having reviewed the settlement, the Court finds that it is fair and reasonable. This matter involves a genuine and fact-intensive dispute. By settling, each side has chosen to avoid the risk and expense of trial. The settlement amount is fair and reasonable as demonstrated by the calculations contained in the motion such that Plaintiff will receive a substantial payment, relative to his claimed damages, in exchange for releasing his claims. Further, the settlement was the result of arms-length negotiations between Bimbo and Plaintiff's counsel.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Approval of the settlement agreement, including the release contained therein, the payments to Plaintiff and Plaintiff's counsel's attorney fees and costs, is GRANTED.

2. All parties are bound by the terms of the settlement agreement.

3. This action, *Michael Hummel v. Bimbo Bakeries USA, Inc*., No. 14-cv-03683–JSC, is hereby DISMISSED WITH PREJUDICE and on the merits. The Court reserves and retains exclusive and continuing jurisdiction over the above-captioned matter, the Settlement Agreement, and the parties for the purposes of supervising the implementation, effectuation, enforcement, construction, administration and interpretation of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: September 23, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge